```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF FLORIDA
                       GAINESVILLE DIVISION
```

```
IN RE:                              CASE NO. 08-10361-GVL1
                                    CHAPTER 13
ROBIN KAY KERNS


              Debtor(s)
_____/
```

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIFINANCIAL MORTGAGE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 382757 in the amount of $24.74 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ROBIN KAY KERNS<br>26489 NW 206TH PLACE<br>HIGH SPRINGS, FL 32643 | CITIFINANCIAL MORTGAGE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 142199<br>IRVING, TX 75014-2199 |

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

9/29/2010  3:50 pm / CR_213